# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHERYL LOUISE MARCHESE,**

      **Plaintiff,**

v.                                      Case No. 4:18cv116-MW/CAS

**FLORIDA STATE HOSPITAL,**
**et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The motion to show cause, ECF No. 7, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 15, 2018.**

                                               s/Mark E. Walker            
                                               **United States District Judge**